## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**SRWR,**                                          **:**

      **Petitioner,**                          **:**     **MISCELLANEOUS NO. 3:15-082**

      **v.**                                      **:**          **(JUDGE MANNION)**

**OIL STATES ENERGY SERVICES**     **:**

      **Defendant**                           **:**

## O R D E R

The Preliminary Injunction hearing schedule for February 23, 2015 is

**CANCELLED**.


_s/ Malachy E. Mannion_
**MALACHY E. MANNION**
**United States District Judge**


**Dated:   February 20, 2015**

O:\Mannion\shared\ORDERS - DJ\MISC ORDERS\2015\15-082-02.wpd